[Civ. No. 6579. Second Appellate District, Division One.—July. 9, 1929.]

EMIL G. BARBUL et al., Respondents, v. OWEN E. WYATT et al., Appellants.

W. W. Kaye for Appellants.

Geo. S. Hupp and Edward Flam for Respondents.

THE The motion of respondents to dismiss the appeal from the judgment is denied. (See *Sterling Corporation* v. *Superior Court,* 207 Cal. 370 [278 Pac. 859]; also, *Griffin* v. *Kent,* 206 Cal. 263 [274 Pac. 56].)